# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

RECEIVED
MAIL ROOM
AUG 28 2007
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 28 2007
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Jonathan Lee Riches© d/b/a
Rockefeller Riches,
Plaintiff

CIVIL NO 4:07CV00780 SWW/JTR

V.

WALMART STORES INC,
DEFENDANT'S

This case assigned to District Judge Wright
and to Magistrate Judge Ray

## Civil Complaint
### "WALMART SCANDAL"

Plaintiff, who is deaf and blind, diagnosed with terminal cancer brings this civil suit against Walmart Stores pursuant to violation of the Americans with Disability Act (Ada) 42 USC 12101, violation of the Rehabilitation Act 29 USC 701, violation of the Age discrimination in Employment act of 1967, Title VII of the Civil Rights act of 1964 42 USC 2000, violations of state labor codes and intentional infliction of emotional distress.

Comes now the Plaintiff, Jonathan Lee Riches© d/b/a Rockefeller Riches, in pro-se, Moves this Honorable Court to issue an order for Defendants named in this suit to respond. Plaintiff also seeks compensatory and punitive damages in the amount of $5,000,000.00 million against Defendant's. Plaintiff moves for a Jury trial. Plaintiff moves to request Motion for Counsel. Plaintiff prays for relief.

### Background

Plaintiff, who is deaf and blind, diagnosed with terminal cancer is a former Boy Scout of America den leader, former singer in the church choir, Philanthropist, and humanitarian aid was hired by Walmart Stores, Inc

On May 4, 2003 under a disability internship program, I was under the care and supervision of Walmart management and supervisors. The very first day I worked for Walmart, my life has become a living nightmare. Managers picked on me, I was poked at, spit on by Walmart cashiers, Walmart Janitors would trip me with their mop handle, I was the laughing stock of Walmart, Walmart managers would perform evil pranks on me. I remember on May 26, 2003 I was told to cut vegetables in the deli section, Managers knowing I can't see. Afterward, Supervisors made me collect shopping carts in the parking lot. June 4, 2003, in Isle 3 (toys section) I was cleaning a Lego spill, fellow employee's blew a clown horn in my ear. Walmart does not provide the blind with Braille. On June 17, 2003 Walmart used my disability to solicit donations. I was forced to sit up front in a greeting chair with a donation cup. This was against my will, as Walmart management strapped and shackled me to the chair. Every morning when I reported to work I could not see the time clock to punch in. Walmart only gave me pay for 3 hr work weeks when in fact I would work 7 days a week from 7am to 7pm. This amounted to 84 hour weeks, but Walmart management only paid me for 21 hours each week. I cashed my work check in the store, and every employee who cashed my check took my money. Walmart Employee's would send me anonymous notes in Braille calling me "the Elephant man", "Hellen Keller wanna be". Walmart forces employees to sign a "vow of secrecy" contract. Walmart does not want the world to know they hire Latin and Mexican underage illegals and harbor them in the back warehouse. These illegals are forced into prostitution. Walmart has a hidden room in back of the Nail department with a electric chair for workers who don't cooperate. On July 10, 2003, Walmart managers gave all the employees cocaine to enhance performance. Walmart hires convicted child molesters to drive their shipping tractor trailers. Walmart managers at every United States location has been skimming the books to avoid IRS taxes. Walmart sells the public tainted dog food from China. Walmart cashers serve liquor to minors.

**1**

On September 3, 2003, I was told by Walmart managers that I was fired because I'm blind. I was called "A dumb blind bat" and told I look like one of the "three blind mice". Walmart management told me "we don't need you deaf idiots working for us". Another said "see your way out of here". I also did not recieve back pay for 3 weeks.

### Conclusion

Walmart is prejudice against any worker with a disability. I've suffered serious trauma since I worked at Walmart. Walmart made my life a nightmare. Walmart lies in their commercials. Walmart treats elderly employee's even worse. I will never work for Walmart again. I will never shop at Walmart in my life. Plaintiff prays for relief and an injunction against Walmarts illegal acts.

Respectfully Submitted

Jonathan Lee, Riches ©

Jonathan Lee Riches ©
U.C.C. 1-308

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400