# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JONATHAN LEE RICHES                                              PLAINTIFF

VS.                              Case No.   4:07CV00780 SWW

WAL-MART STORES, INC.                                            DEFENDANT

### ORDER OF TRANSFER

IT IS HEREBY ORDERED:

The above styled case heretofore assigned to the docket of Judge **SUSAN WEBBER WRIGHT**, filed 08/28/07 , is now reassigned to the docket of Judge **WILLIAM R. WILSON JR.** by chip exchange (BW) for the following reason:

XX The judge has recused because *defendant in this matter is on this Judge's recusal list.*

Dated this 28th day of August, 2007.

                                    AT THE DIRECTION OF THE COURT
                                    JAMES W. MCCORMACK, CLERK


                                    BY: /s/ Sandy Carpenter
                                            Deputy Clerk




cc: Judge Wright & Wilson
    CRD's Sandy & Mary
    All Parties