UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

RECEIVED MAIL ROOM
SEP - 4 2007

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 0 4 2007
JAMES W. McCORMACK, CLERK
BY: _____ DEP CLERK

Jonathan Lee Riches© d/b/a
Rockefeller Riches,
Plaintiff

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

CIVIL NO: 4:07CV00780

V

WALMART STORES INC.,
DEFENDANTS

Civil Complaint

"MOTION TO WITHDRAW"

Comes Now the Plaintiff, Jonathan Lee Riches© A/K/A Secured Party Rockefeller Riches, In Pro-Se, Moves this Honorable Court to withdraw case. Plaintiff prays for relief

I awoke from a deep sleep. I dreamed I was a deaf, blind walmart worker

I never worked for walmart!
I don't want to work for walmart!
I don't want any money!
Why don't the world leave me be!

UFO certified

Respectfully Submitted
Jonathan Lee Rich.
Jonathan Lee Riches©