## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

JONATHON LEE RICHES
REG #40948-01
d/b/a Rockefeller Riches                                                            PLAINTIFF

V.                                      4:07CV00780 WRW/JTR

WAL-MART STORES, INC.                                                               DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion to Voluntarily Dismiss (docket entry #4) is GRANTED, and this case be DISMISSED, WITH PREJUDICE.

2. The dismissal of this action CONSTITUTES a strike, as defined by 28 U.S.C. § 1915(g).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 2nd day of October, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE